## In re G.T., Juvenile

[588 A.2d 621]

No. 89-473

January 22, 1991. The judgment is affirmed on the grounds that the trial court made a case-specific finding that requiring the child victim to testify in the presence of the defendant would present a substantial risk of trauma, which would substantially impair the ability of the child to testify. V.R.E. 807; *Maryland v. Craig,* — U.S. —, —, 110 S. Ct. 3157, 3169 (1990).